UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>PABLO CORTES-PACHECO<br>Defendant | CRIMINAL NO. 97CR067-05(SEC) |

NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Fine imposed in this case has been satisfied in full by defendant Pablo Cortes-Pacheco.

I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

In San Juan, Puerto Rico, this 27th day of July, 2007.

ROSA EMILIA RODRIGUEZ VELEZ
UNITED STATES ATTORNEY

S/   REBECCA VARGAS VERA
     Assistant U.S. Attorney
     Financial Litigation Unit
     USDC ID NO. 203307
     Torre Chardon, Suite 1201
     350 Carlos Chardon Street
     San Juan, Puerto Rico  00918
     Tel. 766-5656